LIONEL Z. GLANCY (#134180)
  lglancy@glancylaw.com
ROBERT V. PRONGAY (#270796)
  rprongay@glancylaw.com
LESLEY F. PORTNOY (#304851)
  lportnoy@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:    info@glancylaw.com

*Attorneys for Plaintiff Anthony Leone*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMRAM GALMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, and EYAL DESHEH,<br><br>Defendants. | Case No. 2:16-cv-08259-TJH (ASx)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(A)**<br><br>Date:    February 27, 2017<br>Hon. Terry J. Hatter, Jr. |
| ANTHONY LEONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, and KOBI ALTMAN,<br><br>Defendants. | Case No. 2:16-cv-09545-TJH (ASx)<br><br><u>CLASS ACTION</u> |

1       Plaintiff Anthony Leone ("Plaintiff") respectfully submits this memorandum of points and authorities in response to the motion of Teva Pharmaceutical Indus. Ltd., Erez Vigodman, Eyal Desheh, and Kobi Altman ("Defendants") to transfer the two above-captioned securities class actions to the Federal District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1404(a). ECF No. 37. Plaintiff hereby fully adopts and incorporates the arguments set forth in the response filed by The Ontario Teachers' Pension Plan Board.

      As an initial matter, Defendants failed to comply with their obligation to meet and confer with Plaintiff prior to filing their motion to transfer. Local Rule 7-3 requires parties to "first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution." L.R. 7-3. Defendants state that their motion was "made following a conference of counsel on December 23, 2016." ECF No. 37 at 2. At this time, however, the *Leone* action had not yet been commenced. Plaintiff filed his complaint on December 27, 2016. Defendants were required to contact Plaintiff's counsel prior to filing their motion on January 17, 2017. Their failure to do so, by itself, constitutes a sufficient basis to deny Defendant's motion. *See Cucci v. Edwards*, 510 F. Supp. 2d 479, 486 (C.D. Ca. Aug. 2, 2007).

      Further, Defendants' motion to transfer is untimely because it unnecessarily disrupts the process for consolidation and appointment of lead plaintiff required under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Pursuant to the PSLRA's requirements for the expeditious appointment of lead plaintiff, five lead plaintiff motions have been filed and fully briefed, and they are ripe for adjudication. ECF Nos. 8, 14, 15, 18, 21. *See In re Telxon Corp. Sec. Litig.*, 67 F. Supp. 2d 803, 818-19 (N.D. Ohio 1999) (stating that the intent of the PSLRA "is to ensure that the lead plaintiff is appointed at the earliest possible time, and to expedite the lead plaintiff process"). Until these motions are decided, the putative class will not have a Court-appointed lead plaintiff and lead counsel to properly assess, and potentially oppose, Defendants' motion to transfer.

Therefore, Defendants' motion should be denied without prejudice pending the Court's decision on the fully submitted motions for consolidation and for appointment of lead plaintiff and lead counsel.

DATED: February 6, 2017  GLANCY PRONGAY & MURRAY LLP

By: /s Robert V. Prongay
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Anthony Leone*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 6, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 6, 2017, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:16-cv-08259-TJH-AS Amram Galmi v. Teva Pharmaceutical Industries Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter M Adams**
  padams@cooley.com,daland@cooley.com,ktorres@cooley.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Joseph A Fonti**
  jfonti@bfalaw.com

- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com

- **J Alexander Hood**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Richard D McCune , Jr**
  rdm@mccunewright.com,ams@mccunewright.com,ama@mccunewright.com,led@mccunewright.com,ece@mccunewright.com,mmv@mccunewright.com

- **Wilson M Meeks , III**
  wmeeks@bfalaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Gretchen M Nelson**
  gnelson@nflawfirm.com,aciganek@nflawfirm.com,pdavis@nflawfirm.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Craig Edward TenBroeck**
  ctenbroeck@cooley.com,maraujo@cooley.com

- **Lesley E Weaver**
  lweaver@bfalaw.com

- **Blake M Zollar**
  bzollar@cooley.com,ybarron@cooley.com,kjones@cooley.com,gwilliams@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`